FILED
SCRANTON

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

MAY 27 2014

PER _____
DEPUTY CLERK

RUBEN VALERIO MENDEZ,

    Petitioner

    v.

JEROME WALSH, Superintendent, et al.,

    Respondents.

CIVIL ACTION NO. 3:12-CV-1996

(Judge Kosik)

## ORDER

AND NOW, this 27 day of May, 2014, IT APPEARING TO THE COURT THAT:

(1) Petitioner, Ruben Valerio Mendez, a prisoner formerly confined at the York County Prison, York, Pennsylvania, filed the instant petition for writ of habeas corpus pursuant to 28 U.S.C. §2254 on October 4, 2012;

(2) In his petition, petitioner challenged his June 7, 2010 conviction for drug offenses and his August 20, 2010 sentence, imposed by the Schuylkill County Court of Common Pleas;

(3) The action is currently assigned to Magistrate Judge Karoline Mehalchick for Report and Recommendation;

(4) On May 22, 2014, the Magistrate Judge issued a Report and Recommendation (Doc. 23), wherein she recommended that the petition for writ of habeas corpus be dismissed as moot;

(5) Specifically, the Magistrate Judge found that the petitioner had completed his sentence on June 28, 2013 and was deported to the Dominican Republic on February 4, 2014;

(6) Moreover, we note that documents sent to Petitioner at his former address have been returned to the courts as undeliverable, with no forwarding address (Docs. 17 and 21);

AND, IT FURTHER APPEARING THAT:

(7) We have considered the Magistrate Judge's Report and we concur with her recommendation.

ACCORDINGLY, IT IS HEREBY ORDERED THAT:

(1) The Report and Recommendation of Magistrate Judge Karoline Mehalchick dated May 22, 2014 (Doc. 23) is **ADOPTED**;

(2) The Petitioner's petition for writ of habeas corpus is **DISMISSED** as moot;

(3) The Clerk of Court is directed to **CLOSE** this case and to forward a copy of this Order to the Magistrate Judge; and,

(4) Based on the court's conclusions herein, there is no basis for the issuance of a certificate of appealability.

Edwin M. Kosik
United States District Judge